UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WILSON ARMOUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-cv-818 ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) |

**BANK OF AMERICA, N.A.'S CONSENT MOTION FOR AN**
**<u>EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u>**

COMES NOW Bank of America, N.A. ("<u>BANA</u>"), pursuant to Fed. R. Civ. P. 6(b), and respectfully moves this Court for an order granting BANA an extension of time, up to and including **December 7, 2018**, to respond to Plaintiff Wilson Armour's Complaint. In support of its motion, BANA states as follows:

1. Plaintiff filed this lawsuit on or about October 15, 2018

2. BANA was served in this matter on or about October 17, 2018.

3. BANA's responsive pleading deadline is currently November 7, 2018.

4. Counsel for BANA was recently retained in this matter and needs additional time to investigate the factual allegations in the Complaint to formulate an appropriate response.

5. On or about October 31, 2018, counsel for BANA requested, and counsel for Plaintiff agreed, that BANA may have up to and including December 7, 2018, to file its Answer or otherwise respond to Plaintiff's Complaint.

6. The proposed extension will not unduly delay or hinder this case, and will not unduly prejudice any party to this matter.

WHEREFORE, for good cause shown, Defendant Bank of America, N.A., respectfully requests that this Court enter an Order granting it an extension of time, up to and including **December 7, 2018**, to file a responsive pleading to Plaintiff's Complaint, and grant it any further relief that is appropriate.

        Respectfully submitted,

        THOMPSON COBURN LLP

By: /s/ *Steven A. Shredl*
    Steven A. Shredl, #69345MO
    One U.S. Bank Plaza, Suite 2700
    St. Louis, Missouri 63101
    (314) 552-6000 (telephone)
    (314) 552-7000 (facsimile)
    sshredl@thompsoncoburn.com

    *Attorneys for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

                                      /s/ *Steven A. Shredl*